

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 12, 2015

The Honorable Velva L. Price
Criminal District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-09-00231-CR
        Trial Court Case Number:     D-1-DC-07-201833

Style:  Jason Gray Riquelmy
        v. The State of Texas

Dear Honorable Velva L. Price:

    The Third Court of Appeals has issued the mandate in this cause.  Therefore, I am returning the following original exhibits:

    Supplemental Clerk's Record with State's exhibit 5 (DVD).

                                        Very truly yours,

                                        Jeffrey D. Kyle, Clerk

Filed In The District Court
of Travis County, Texas
on                3-12-15
at                          M.
Velva L. Price, District Clerk